FILED

09 SEP -1 PM 9:52

[CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80197 MISC  VRW

James Douglas Miller - #80420

_____/

**ORDER TO SHOW CAUSE**

It appearing that James Douglas Miller has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

James Douglas Miller
Low Ball & Lynch
2 Lower Ragsdale Drive, #110
Monterey, CA 93940